No. 1765, Misc., October Term, 1968. DeLevay *v.* Reynolds, Acting Commissioner of Patents, 395 U. S. 926;

No. 1787, Misc., October Term, 1968. Charland *v.* Norge Division, Borg-Warner Corp., et al., 395 U. S. 927;

No. 1794, Misc., October Term, 1968. Lee *v.* Alabama, 395 U. S. 927;

No. 1827, Misc., October Term, 1968. Brown et al. *v.* Bethania Hospital et al., 395 U. S. 939;

No. 1841, Misc., October Term, 1968. Buchanon *v.* Michigan, 395 U. S. 928;

No. 1868, Misc., October Term, 1968. Neal et al. *v.* Saga Shipping Co., S. A., et al., 395 U. S. 986;

No. 1880, Misc., October Term, 1968. Simmons *v.* United States, 395 U. S. 982;

No. 1900, Misc., October Term, 1968. Rispo *v.* Pennsylvania, 395 U. S. 983;

No. 1922, Misc., October Term, 1968. Chase *v.* Pennsylvania, 395 U. S. 968;

No. 1937, Misc., October Term, 1968. Kamsler *v.* Pate, Warden, et al., 395 U. S. 969; and

No. 1956, Misc., October Term, 1968. Furtak *v.* New York, 395 U. S. 969. Petitions for rehearing denied. The Chief Justice took no part in the consideration or decision of these petitions.

No. 624, October Term, 1968. Perkins *v.* Standard Oil Co. of California, 395 U. S. 642. Petition for rehearing denied. The Chief Justice and Mr. Justice Harlan took no part in the consideration or decision of this petition.

No. 1276, October Term, 1968. Roberts *v.* McDonald et al., 395 U. S. 963. Petition for rehearing denied. The Chief Justice and Mr. Justice Brennan took no part in the consideration or decision of this petition.